IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES STANLEY | : | CIVIL ACTION |
| v. | : | |
| JEFFREY BEARD, et al. | : | NO. 09-269 |

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 27 day of July, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and objections thereto, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER